IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEFFREY CHARLES ELMORE                                  PLAINTIFF

v.                      No. 5:12-cv-325-DPM-BD

WENDY KELLY, et al.                                         DEFENDANTS

ORDER

The Court has considered Magistrate Judge Beth Deere's Partial Recommended Disposition, *Document No. 5*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee notes on the 1983 addition), and for legal error, the Court adopts the proposal as its own. Elmore may proceed on his claim that Defendants Kelly, McBride, Snyder, McLean, Hubbard, Carswell, Iko, Cantrell, Gibson, Banks, Meinzer, and Baum failed to provide adequate medical treatment for his scabies and thus acted with deliberate indifference to his medical needs. Elmore's claims against Defendants Watt, Burchfield, Jones, Malone, Price, Anderson, Correctional Medical Services, and Pharmacorr Pharmacy are dismissed without prejudice. Elmore's claims that the Defendants failed to adequately treat his migraines, acid reflux, chest pain, and foot problems are dismissed without prejudice too.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

18 September 2012