IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JEFFERY CHARLES ELMORE,**                                          **PLAINTIFF**
**ADC # 91418**

V.                    CASE NO. 5:12CV00325-DPM-BD

**WENDY KELLY,** *et al.*                                            **DEFENDANTS**

## ORDER

Mr. Elmore has filed a motion requesting that the Court order counsel for the Medical Defendants to provide him "a copy of all he has on my case." (Docket entry #73) In addition, Mr. Elmore has asked the Court to provide him with "an additional copy of my case." (#74) These requests are overly broad. In addition, Mr. Elmore has previously been informed that it is this Court's practice to makes copies of all documents filed by inmates in their lawsuits, and to send copies to the inmates.

The motions (#73, #74) are DENIED, this 21st day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE