IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEFFERY CHARLES ELMORE
ADC # 091418     PLAINTIFF

v.     No. 5:12-cv-325-DPM-BD

WENDY KELLY, Deputy Director,
ADC, *et al.*     DEFENDANTS

### ORDER

Elmore has not opposed Magistrate Judge Beth Deere's Partial Recommended Disposition, № 85. Reviewing for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition), and for legal error, the Court adopts the proposal. Elmore's motion for preliminary injunction, № 81, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 April 2013