IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEFFERY CHARLES ELMORE
ADC # 091418                                                                                              PLAINTIFF

v.                                    No. 5:12-cv-325-DPM

WENDY KELLY, Deputy Director, ADC; JENNIFER
McBRIDE, Infirmary Administrator, Varner Unit, ADC;
AMANDA McLEAN, Director of Nursing, Varner Unit,
ADC; GENIA SNYDER, Director of Nursing, Varner Unit,
ADC; CONNIE HUBBARD, Nurse Practitioner,
Varner Unit, ADC; JACQUELINE CARSWELL, Nurse
Practitioner, Varner Unit, ADC; OJIUGO IKO, Dr., Varner
Unit, ADC; ANDRIA CANTRELL, Nurse, Varner Unit, ADC;
AMANDA WATT, Nurse, Varner Unit, ADC; DELANIA
BURCHFIELD, Sergeant, Varner Unit, ADC; SHARON JONES,
Lieutenant, Varner Unit, ADC; HOOT GIBSON, Warden,
Varner Unit, ADC; JAMES BANKS, Warden, Varner Unit, ADC;
CURTIS MEINZER, Warden, Varner Unit, ADC; LASAUNDRA
MALONE, Captain, Varner Unit, ADC; JASON PRICE, Sergeant,
Varner Unit, ADC; LENA BAUM, Manager of Operations,
Pharmacorr; ROLAND ANDERSON, Dr., CMS Medical
Director; CORRECTIONAL MEDICAL SERVICES; and
PHARMACORR PHARMACY                                                                        DEFENDANTS

JUDGMENT

Elmore's claims against Watt, Burchfield, Jones, Malone, Price, Anderson, Correctional Medical Services, Pharmacorr Pharmacy, Banks, Gibson, Baum, and Meinzer, and his claims that Defendants failed to adequately treat his migraines, acid reflux, chest pain, and foot problems are dismissed without prejudice. All Elmore's other claims are dismissed with prejudice.

*[signature: DPMarshall Jr.]*
D.P. Marshall Jr.
United States District Judge

<u>14 January 2014</u>